IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CENTA SCHULTZ, and
CHARLES SHULTZ, husband
and wife,
        Plaintiffs,

v.                                                CIV 08-1182 WJ/GBW

THOMAS BYRNE, M.D.
DEMING HOSPITAL CORPORATION,
doing business as MIMBRES MEMORIAL
HOSPITAL, COMMUNITY HEALTH
SYSTEMS INC., COMMUNITY HEALTH
SYSTEMS PROFESSIONAL SERVICES,
INC.,

        Defendants.

# ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court upon a review of the record, and having conferred with counsel about a mutually-convenient date and time, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday June 25, 2009, at 9:30 a.m.**  Counsel for Plaintiff shall initiate and coordinate the telephone conference call to (575) 528-1460.

GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE