IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CENTA SCHULTZ AND CHARLES
SCHULTZ, Husband and Wife,

     Plaintiffs,

v.                                           CIV 08-CV-1182 WJ/GBW

THOMAS BYRNE, M.D.; DEMING HOSPITAL
CORPORATION, D/B/A MIMBRES MEMORIAL
HOSPITAL; COMMUNITY HEALTH SYSTEMS, INC.;
AND COMMUNITY HEALTH SYSTEMS PROFESSIONAL
SERVICES, INC.,

     Defendants.

## ORDER DENYING MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE

THIS MATTER is before the Court on Defendant Deming Hospital Corporation's ("Deming") Motion to vacate and reset the settlement conference scheduled in this case. *Doc. 72.* During a telephonic status conference held on December 17, 2009, counsel for Defendant Deming informed the Court that he had a trial that was scheduled the same day as the settlement conference in this case. Counsel for Defendant Deming has since informed that Court that the trial has been moved and he is available for the settlement conference currently set for January 12, 2009. Accordingly, Defendant Deming's Motion to vacate and reset is denied.

IT IS THEREFORE ORDERED that Defendant Deming's Motion to vacate and reset settlement conference (*Doc. 72*) is denied and the settlement conference shall be held on January 12, 2009.

_____
UNITED STATES MAGISTRATE JUDGE